UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DONNA M. BULRIS,
                              Plaintiff,
           vs                                           1:11-CV-202

NANCEY BULRIS-ROWELL, also known as
Nancy Bulris-Rowell,
                              Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:                                      OF COUNSEL;

DONNA M. BULRIS
Plaintiff, Pro Se
2302 S.W. Carpenter Road
Lake City, FL 32024

DAVID N. HURD
United States District Judge

### DECISION and ORDER

      Plaintiff, Donna M. Bulris, commenced this civil rights action in February 2011, pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated April 1, 2011, the Honorable David R. Homer, United States Magistrate Judge, recommended that Bulris's complaint be dismissed in its entirety without prejudice pursuant to Fed. R. Civ. P. 16(f)(1)(C) and 37(b)(2)(A)(v), for failure to comply with the Court's March 2, 2011 order. (Dkt. No. 5). Plaintiff has filed a voluminous document (Dkt. No. 10) with attached exhibits, as objections to the report-recommendation.

      Based upon a de novo review of the entire file, including the portions of the Report-Recommendation to which plaintiff has objected, and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in all respects.  <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED in its entirety without prejudice; and

2. The Clerk is instructed to serve this order upon the plaintiff and close the file.

IT IS SO ORDERED.

Dated: April 25, 2011
Utica, New York.

United States District Judge