# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DONNA M. BULRIS**

    vs.                        **CASE NUMBER: 1:11-CV-0202**

**NANCEY BULRIS-ROWELL**,
also known as Nancy Bulris-Rowell

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff's complaint is DISMISSED in its entirety without prejudice,

in accordance with the Decision and Order of the Honorable Judge Hon. David N. Hurd, dated the 25th day of April, 2011.

DATED: April 25, 2011

                                                  *[signature]*
                                                  Clerk of Court

                                                  s/

                                                  Christine Mergenthaler
                                                  Deputy Clerk

entered and served 4/25/11